IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA          PLAINTIFF/RESPONDENT

V.          Civil No. 05-2115
            Criminal No. 03-20010-002

LUIS MORA-QUINONES          DEFENDANT/MOVANT

O R D E R

On this 28th day of November 2005, there comes on for consideration the report and recommendation filed in this case on November 2, 2005, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 86). No objections have been filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion is DENIED and DISMISSED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**